NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CITY OF HOUSTON

---

2012-1356
(Serial No. 77/660,948)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for a 45-day extension of time, until September 24, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 20 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 20 2012

JAN HORBALY
CLERK

cc: Raymond T. Chen, Esq.
     Mark Chretien, Esq.

s27